SY17-18                                     10th Grade 504/Monitor List

**504 Students with Accommodations**

| First Name | Last Name | Disability Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ |   |   |   |   |   |   |   |   |   |   |    |    |    |    |    | x  |    | x did not get books 16-17 year |
| ███ | ███ | ███ | x | x |   |   | x |   |   |   |   |   | x  | x  | x  |    |    |    |    | Time to prepare before presentations |
| ███ | ███ | ███ | x | x |   | x |   |   |   |   | x |   |    |    |    |    |    |    |    |    |
| ███ | ███ | ███ | x | x |   | x |   |   |   |   |   |   |    |    |    |    |    | Check Notebook periodically. |
| ███ | ███ | ███ | x | x |   |   |   |   |   |   |   |   |    |    |    |    | x  | x  |    |    |
| ███ | ███ | ███ | x | x |   | x |   |   |   |   |   |   |    |    |    |    | x  |    |    |    |

1 Small Group Testing
2 Extended Time Assmnt
3 Read Aloud Testing
4 Frequent Breaks STD Test
5 Preferential Seating
6 Verbal & Written Directions
7 Repeat/ Simplify Directions
8 Check freq. for under.
9 Breakdown large tasks
10 Initiate/redirect to task
11 Word Proc. for long assigmts
12 Extended Time Assignmt
13 Extended time for lengthy assignmt
14 Provide notes
15 xtra set of books at home
16 Audio books
17 Medical
18 Other

Monitor List:

| First Name | Last Name | Areas Weak In |
|---|---|---|
| ███ | Harrington | ADHD, ODD but not acc. at this time |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |
| ███ | ███ | ███ |

CONFIDENTIAL EDUCATIONAL RECORDS                                                                              GMC036

SY18-19     11th Grade 504/Monitor List     1/13/2020

### 504 Students with Accommodations

| First Name | Last Name | Disability Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | x | x |  |  |  |  | x |  |  | x | x | x |  |  |  |  |  | Time to prepare before presentations |
| ■ | ■ | ■ | x | x |  |  | x |  |  |  | x |  |  |  |  |  |  |  |  |  |
| ■ | ■ | ■ | x | x |  |  |  |  |  |  |  |  |  |  |  |  | x | x |  |  |
| ■ | ■ | ■ | x | x |  |  | x |  |  |  |  |  |  |  |  |  | x |  |  |  |

1 Small Group Testing  
2 Extended Time Assmnt  
3 Read Aloud Testing  
4 Frequent Breaks STD Test  
5 Preferential Seating  
6 Verbal & Written Directions  
7 Repeat/ Simplify Directions  
8 Check freq. for under.  
9 Breakdown large tasks  
10 Initiate/redirect to task  
11 Word Proc. for long assigmts  
12 Extended Time Assignmt  
13 Extended time for lengthy assignmt  
14 Provide notes  
15 xtra set of books at home  
16 Audio books  
17 Medical  
18 Other  

### Monitor List:

| First Name | Last Name | Reason |
|---|---|---|
| ■ | ■ | ■ |
| ■ | Harrington | ADHD, ODD |
| ■ | ■ | ■ |
| ■ | ■ | ■ |

### Below 75 list

| First | Last | Course |
|---|---|---|
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |
| ■ | ■ | ■ |

CONFIDENTIAL EDUCATIONAL RECORDS     GMC035

SY19-20                12th Grade 504/Monitor List

### 504 Students with Accommodations

| First Name | Last Name | Disability Type | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | x | x |  |  |  |  | x |  |  |  | x | x | x |  |  |  |  | Time to prep. before presentations |
| ▮ | ▮ | ▮ | x | x |  |  |  |  |  |  |  |  |  |  |  |  | x | x |  |  |
| ▮ | ▮ | ▮ | x | x |  |  | x |  |  |  |  |  |  |  |  |  | x |  |  |  |

1 Small Group Testing  
2 Extended Time Assmnt  
3 Read Aloud Testing  
4 Frequent Breaks STD Test  
5 Preferential Seating  
6 Verbal & Written Directions  
7 Repeat/ Simplify Directions  
8 Check freq. for under.  
9 Breakdown large tasks  

10 Initiate/redirect to task  
11 Word Proc. for long assigmts  
12 Extended Time Assignmt  
13 Extended time for lengthy assignmt  
14 Provide notes  
15 xtra set of books at home  
16 Audio books  
17 Medical  
18 Other  

### Monitor List:

| First Name | Last Name | Reason |
|---|---|---|
| ▮ | ▮ | ▮ |
| ▮ | Harrington | ADHD, ODD, maybe coming back? Smart student |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ |

CONFIDENTIAL EDUCATIONAL RECORDS

GMC033